December 14, 2022

The Honorable Judge Donald W. Molloy:

My name is Sandra Whittecar, and I am writing this letter on behalf of my son Andrew Kyle Whittecar, who pleaded guilty to the federal crimes of Felon in possession of a Firearm, Money Laundering, and possession with intent to Distribute.  Just some quick background on me, I grew up back East in New Jersey and Pennsylvania; graduated from high school, received both my B.S. and M.S. degrees from Kansas State University.  I have held various professional positions over the years, the last of which was as a Sales Manager for an international digital marketing company, primarily in the greater Seattle area.

Andrew was the 4th child for our five children.  His childhood was fairly normal growing up with three brothers and one sister.  He was an extremely bright child who exceeded in school.  Andrew also worked and held down a job while attending school.  However, during his late teens he started hanging out with less desirable individuals, who on the surface appeared to be upright individuals.  Early on, he became very cleaver with quick ways to make money and was getting involved to dealing with firearms.  Of course, I had no knowledge of his side hustle.  One thing lead to the next & he got himself involved with illegal activities.  Andrew's best attributes are his love of family, providing for his three children, his love for his wife, and his love and support for his parents. He's extremely smart and has taught himself many things.  He's self-taught the construction business with minimal formal education in that arena. He also worked in that field while living in Seattle.  He has a very strong sense of business and can be very successful at running his own trade.

Andrew's drug addiction has caused many of his problems. It was amazing how well, in my opinion, he could conceal the problem not only from the public but also from his parents.  We had no idea and yet we lived only 3 miles from him & his family.  Of course, no idea about any of the additional criminal activities either.  We were under the impression he was supporting his family by way of consulting on construction projects in the Northwest as well as transporting vehicles for private individuals around the country.  His family appeared to be well taken care of and doing well. You can't even begin to imagine the horror & shock both myself and his father felt when we learned of his arrest and the details of the charges.

I do believe Andrew is sincerely remorseful for his illegal behavior. He also realizes he needs to pay the price for his crime(s).  However, when he had difficulties finding work due to his criminal record of a Felon after being released from prison the first time, the emotional frustrations it created when he had a growing family to support, the drugs became a crutch to deal with the stress.  Andrew is not a violent person, on the contrary, he's a very mature, smart, sociable person, with very high intelligence.

When Andrew was in high school, he befriended a young lady who was in a severely abusive home.  He brought the girl to our house to keep her safe.  She stayed with us for a short time while we looked for an alternative living situation for her.  He's very sensitive to the less fortunate.  When his father's health began to fail, and our bathrooms needed to be remodeled, Andrew didn't hesitate to do the remodeling for us just for the price of the materials.  He even brought home stray dogs on Christmas Eve when he was in grade school because he didn't want them to starve.  Andrew has a younger brother who is Special Needs, and he was always there to help/protect Alex.

I also strongly believe he would benefit from drug counseling, and more formal education which would give him serious credentials when he's released.  I don't feel a stiff sentence would benefit him, his family, or the public. Andrew likes to make money and apparently, he's very cleaver at it, the energy needs to be placed into a legal way, however. Andrew now realizes the horrible situations he has created for his family.  Now his school age sons are working while attending school just to help support their mother and little brother in their dad's absence. Andrew is sober while incarcerated and he sees through different lenses what his actions have done to them as well as the danger to the public. Andrew has told me, with tears in his eyes how much he regrets his actions, especially since he has brought shame to his family, himself, and God along with the hardships of not being there for his family.

Thank you for taking time to read my letter. Please seriously take into consideration Andrew's remorse for his actions before his sentencing.


Sandra Whittecar

*Sandra Whittecar*