December 15, 2022

To the Honorable Judge Donald W. Molloy,

I have known Andrew Whittecar virtually all of his life. After all, I am his father, Don Whittecar. I offer this letter on Andrew's behalf not only as his father, but also speaking from my knowledge and experience. Part of my higher education, graduate degrees as well as postgraduate studies, was in Developmental / Behavioral Psychology the other part was in Fine Arts.

My professional life was also split between being dedicated to improving the lives of children who suffered abuse and were disabled because of it, and my love of Fine Arts. I did research and development on the subject of child abuse for both the Have a Heart Foundation in Washington, D.C., and Child Help USA in Los Angeles. I am well-versed in testing and evaluation.

As is often the case with those of us who work in the area of child abuse stress takes its toll. I was no exception. Sixteen years into my career in the area of child abuse my doctors told me to make a career change or die early. The decision was already made for me. In an effort to pay it forward and provide an example to my children, and others, I called on my education in fine arts and became a very successful, internationally known, photographer and copperplate engraver. Today I continue my own fine arts efforts and in an effort to continue paying it forward I volunteer my time to universities and organizations nationally to do webinars, videos, workshops, and mentoring to artists with disabilities.

Andrew is a classic example of an offenders' profile. He is extremely intelligent! Testing several times on the Wechsler Intelligence Scale had him unmeasurable in many areas, as he was beyond the instrument's capability of assessment. Unfortunately, he chose to channel his efforts in the easiest route he saw obtainable. That included, and is the reason for, his involvement in criminal acts. He could certainly benefit in receiving educational training, one that would challenge him and thus keep his interest, preferably higher education. He is certainly capable of anything he puts his mind to, and would soon become bored with any vocational pursuits.

Despite his demonstrable acts of disobeying the law Andrew has also demonstrated phenomenal acts of kindness, sensitivity, insight and caring for others. He has been, and continues to be, in spite of his incarceration, active and demonstrative of his good qualities throughout his children's lives, he is a phenomenal father! Now, more than ever, he wants to set the best example possible for his children. He fully realizes his mistakes.

Andrew has had a drug abuse problem in the past. However, he, on his own, sought and received sufficient treatment to become sober. To my knowledge he had been sober for many, many years. I was shocked to see that he was involved with drugs again. I am not qualified to determine whether he needs treatment for drug abuse at this time.

I have never seen Andrew as remorseful as he is right now! He has continually apologized profusely to all of those that his criminal efforts have had a severely negative impact on, his wife, his children, his parents, his siblings, and close friends and associates that trusted him. He would not be well served by receiving the maximum punishment afforded to him by law. Rather, I think it would only further his feelings of need to do whatever is necessary to provide for his family, and himself. In the process becoming an outstanding citizen and equal contributor to his community.

If there is anything that I can possibly do to assist Andrew in his rehabilitation, please, by all means contact me!

Sincerely,
Don Whittecar