IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW KYLE WHITTECAR,<br><br>Defendant. | CR 22–39–M–DWM<br><br><br><br>ORDER |

The United States having moved unopposed to dismiss the real property from the forfeiture allegation in this case,

IT IS ORDERED that the motion (Doc. 51) is GRANTED. The following parcel of property is hereby DISMISSED from the forfeiture allegation in this case with prejudice.

> A tract of land located and being a portion of the SE1/4 of Section 22, Township 9 North, Range 19 West, P.M.M., Ravalli County, Montana, and being more particularly described as Parcel C, Certificate of Survey No. 553338-F, with the address 3414 Prosperity Heights Drive, Stevensville, MT 59870.

1

IT IS FURTHER ORDERED that the ancillary hearing currently scheduled for February 23, 2023 is VACATED and the ancillary petition (Doc. 31) is DENIED as MOOT.

DATED this 14th day of February, 2023.

Donald W. Molloy, District Judge
United States District Court